The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA STRECKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCG HEALTH, LLC, a Washington limited liability company,<br><br>Defendant. | No. 2:22-cv-00862-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO PLAINTIFF'S COMPLAINT<br><br>**Noted for Consideration:**<br>**July 14, 2022** |

**STIPULATION**

The parties, by and through their undersigned counsel of record, without waiver of any rights or defenses, respectfully stipulate and move that the deadline for Defendant MCG Health, LLC ("MCG Health") to serve a responsive pleading or motion pursuant to Fed. R. Civ. P. 12 ("Response") shall be extended as follows: (i) absent the filing of a consolidated complaint, MCG shall file its Response by September 12, 2022; and (ii) if a consolidated complaint is filed, MCG Health shall file its Response the later of 45 days from the filing of the consolidated complaint or September 12, 2022.

In the event that Defendant answers or moves to dismiss under 12(b)(6) any complaint pending in an action arising out of the same facts as this action ("Other Action"), Defendant agrees it shall concurrently respond in this action. This requirement to respond in this action is not triggered by any other filing by Defendant in the Other Action,

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPL. - 1
(2:22-cv-00862-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

including those relating to a motion regarding venue, jurisdiction, or first-to-file made in another jurisdiction.

Dated this 14th day of July, 2022.

*Counsel for Plaintiff Cynthia Strecker:*
TOUSLEY BRAIN STEPHENS PLLC

By: *s/ Jason Dennett (per email authorization)*
Jason T. Dennett, WSBA #30686
Rebecca L. Solomon, WSBA #51520
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Tel: (206) 682-5600
Fax: (206) 682-2992
Email: jdennett@tousley.com
Email: rsolomon@tousley.com

THE LYON FIRM
Joseph M. Lyon
2754 Erie Avenue
Cincinnati, OH 45208
Tel: 513-381-2333
Fax: 513-766-9011
Email: jlyon@thelyonfirm.com

MARKOVITS STOCK & DEMARCO LLC
Terence R. Coates
119 E. Court St., Suite. 530
Cincinnati, OH 45202
Tel: 513-651-3700
Fax: 513-665-0219
Email: tcoates@msdlegal.com

*Counsel for Defendant MCG Health, LLC*
DAVIS WRIGHT TREMAINE LLP

By *s/ Jaime Drozd Allen*
Jaime Drozd Allen, WSBA # 35742
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 757-8039
Fax: (206) 757-7700
E-mail: jaimeallen@dwt.com

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPL. - 2
(2:22-cv-00862-RSM)

ORDER

It is so ordered.

DATED this 19th day of July, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPL. - 3
(2:22-cv-00862-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700