UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DIANA SAIKI,<br><br>              Plaintiff,<br><br>      v.<br><br>MCG HEALTH LLC,<br><br>              Defendant. | Case No. 2:22-CV-849-RSM-DWC<br><br>**ORDER TO SHOW CAUSE** |
| CYNTHIA STRECKER,<br><br>              Plaintiff,<br><br>      v.<br><br>MCG HEALTH LLC,<br><br>              Defendant. | Case No. 2:22-cv-862-RSM-DWC |

ORDER TO SHOW CAUSE - 1

| | | |
|---|---|---|
| 1 | LEO THORBECKE and MARJORITA DEAN, | Case No. 2:22-cv-870-RSM-DWC |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | MCG HEALTH LLC, | |
| 5 | Defendant. | |
| 6 | | |
| 7 | LINDA BOOTH, MARY NAPIER, and CANDACE DAUGHERTY, | Case No. 2:22-cv-00879-RSM-DWC |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | MCG HEALTH LLC, | |
| 11 | Defendant. | |
| 12 | EVA DRESCH, | Case No. 2:22-cv-892-RSM-DWC |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | MCG HEALTH LLC, | |
| 16 | Defendant. | |
| 17 | | |
| 18 | LINDA CRAWFORD and MICHAEL PRICE, | Case No. 2:22-cv-00894-RSM-DWC |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | MCG HEALTH LLC, | |
| 22 | Defendant. | |
| 23 | | |
| 24 | | |

ORDER TO SHOW CAUSE - 2

| | |
|---|---|
| JAY TAYLOR and SHELLEY TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>MCG HEALTH LLC,<br><br>Defendant. | Case No. 2:22-cv-00925-RSM-DWC |
| JULIE MACK, JOANNE MULLINS, and INGRID COX,<br><br>Plaintiff,<br><br>v.<br><br>MCG HEALTH LLC,<br><br>Defendant. | Case No. 2:22-cv-00935-RSM-DWC |
| KENNETH HENSLEY, as legal guardian of R.H.,<br><br>Plaintiff,<br><br>v.<br><br>MCG HEALTH LLC,<br><br>Defendant. | Case No. 2:22-cv-00978-RSM-DWC |

The above captioned cases are currently pending before this Court.

On June 22, 2022 Plaintiff's counsel in *Saiki v. MCG Health, LLC*, No. 2:22-cv-00849-DWC (W.D. Wash., filed June 16, 2022) filed a motion to consolidate three of the above captioned cases. Dkt. 5. However, since that time several additional cases have been filed. Therefore, Saiki's Motion to Consolidate (Dkt. 5) is denied without prejudice.

ORDER TO SHOW CAUSE - 3

Federal Rule of Civil Procedure 42 provides the Court discretion to consolidate actions that involve a common question of law or fact. The Court's review reveals that Plaintiffs in the above captioned cases have filed virtually identical Complaints against Defendant MCG Health LLC, each alleging similar causes of action predicated on parallel facts.

Under the circumstances, consolidation appears to be in the interest of judicial efficiency and appropriate to promote the fair and just resolution of these disputes. Accordingly, all parties are hereby ORDERED to meet-and-confer in accordance with Local Civil Rule 42(b) and either file a stipulation to consolidate or file a response of no more than five pages (excluding supporting declarations) SHOWING CAUSE why the above captioned cases should not be consolidated (without prejudice to later bifurcation, as appropriate) on or before August 22, 2022. Either way, all parties must employ the above caption and file their stipulation or response in each of the above captioned cases.

At this time the Court will not hear argument regarding appointment of interim lead counsel or any other matters preliminary to a motion for class certification.

The Clerk is directed to file this order in all above captioned cases and to send uncertified copies of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 3rd day of August, 2022.

David W. Christel
United States Magistrate Judge

ORDER TO SHOW CAUSE - 4